**Order entered May 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00408-CV

## IN RE NICHOLAS LACY, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F91-02981**

# ORDER

Before Justices Brown, Molberg, and Nowell

Based on the Court's opinion of this date, we **DISMISS** relator's April 8, 2019 petition

for writ of mandamus as moot.


/s/     KEN MOLBERG
          JUSTICE